# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

    v.                                               **CASE NO.**   25-cr-20056-DDC-TJJ

**WILFRIDO PATRICO-SIXTO**
**aka WILFRIDO PATRICIO-SIXTO,**

      **Defendant.**

## INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT 1
**8 U.S.C. § 1326(a)**
**UNLAWFUL REENTRY AFTER DEPORTATION**

On or about June 26, 2025, in the District of Kansas, the defendant,

**WILFRIDO PATRICO-SIXTO**
**aka WILFRIDO PATRICIO-SIXTO,**

being a person who is not a citizen or national of the United States, was found in the United States after having been deported, removed, and excluded therefrom on or about October 19, 2019, at or near Nogales, Arizona and not having obtained the express

1

consent of either the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

This was in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL.

July 23, 2025                                       s/Foreperson
DATE                                                FOREPERSON OF THE GRAND JURY


DUSTON J. SLINKARD
ACTING UNITED STATES ATTORNEY

By: /s/ Michelle McFarlane
MICHELLE MCFARLANE
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas  66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: Michelle.McFarlane@usdoj.gov
Ks. S. Ct. No. 26824

IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

# PENALTIES

### Count 1:  8 U.S.C. § 1326(a), Unlawful Re-Entry After Deportation

- Punishable by a term of imprisonment of not more than two (2) years. 8 U.S.C. § 1326(a)(1).

- A term of supervised release of not more than one year. 18 U.S.C. § 3583(b)(3).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100. 18 U.S.C. § 3013(a)(2)(A).

If committed after a felony conviction, or after three or more misdemeanor convictions involving drugs or crimes against persons, then:

- Punishable by a term of imprisonment of not more than ten (10) years. 8 U.S.C. § 1326(b)(1).

- A term of supervised release of not more than three years. 18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100. 18 U.S.C. § 3013(a)(2)(A).

If committed after an aggravated felony conviction, then:

- Punishable by a term of imprisonment of not more than twenty (20) years. 8 U.S.C. § 1326(b)(2).

- A term of supervised release of not more than three years. 18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100. 18 U.S.C. § 3013(a)(2)(A).